LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
　　　1420 E. Cooley Dr., Suite 100
　　　Colton, California 92324
　　　Telephone: (909) 796-4560
　　　Facsimile:  (909) 796-3402
　　　E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| THERESA BATTLE, | ) | No.  ᴇ ᴜCV 12-08031 DTB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　　IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the terms of the stipulation.

　　　DATE:  November 18, 2013

　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　HON. DAVID T. BRISTOW
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-